IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -2 PM 1: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.   No.: .05cr20203 Breen

BARRY MYERS

## ORDER GRANTING MOTION TO TRANSFER CASE

This cause came on to be heard upon the Motion to transfer filed by Counsel for Defendant, Leslie I. Ballin. It appearing to the Court that the Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, by this Court that case number 05-20203 be and is hereby transferred to the Courtroom of Judge Jon P. McCalla for the purposes of entering a guilty plea with case number 05-20202.

_____ JUDGE

July 31, 2005
_____ DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-2-05

(31)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CR-20203 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT